# M3CVP-Clubhouse Lenox Square, LLC
All Creditor List

| No. | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| 1 | Simon Property Group | 115 West Washington Street | Indianapolis | IN | 46204 |
| 2 | Really Nice Restaurants, LLC | 180 N. Stetson; Ste 5300 | Chicago | IL | 60601 |
| 3 | Sysco Food Services - Atlanta | 2225 Riverdale Road | College Park | GA | 30337 |
| 4 | Meats by Linz, Inc. | PO Box 59 | Calumet City | IL | 60409 |
| 5 | Royal | PO Box 162389 | Atlanta | GA | 30321 |
| 6 | Estes Heating & Air Conditioning, Inc. | 3981 Tradeport Blvd | Atlanta | GA | 30354 |
| 7 | Edward Don & Company | 2562 Paysphere Circle | Chicago | IL | 60674 |
| 8 | Blockbuster Textiles | 315 Shawnee North Drive; Ste 350 | Suwanee | GA | 30024 |
| 9 | Uptown Cleaning Services, Inc. | 4684 N. Springs Court | Atlanta | GA | 30338 |
| 10 | Athena Farms | PO Box 550054 | Atlanta | GA | 30355 |
| 11 | Sard & Leff, LLC | 100 Galleria Parkway S.E.; Ste 400 | Atlanta | GA | 30339 |
| 12 | Engelmans Bakery | 6185 Brook Hollow Pkwy | Norcross | GA | 30071 |
| 13 | Commercial Kitchen Installers, Inc. | 224 Brown Industrial Pkwy, Unit 107 | Canton | GA | 30114 |
| 14 | Atlanta Fixture & Sales Company, Inc. | 3186 Northeast Expressway | Atlanta | GA | 30341 |
| 15 | Restaurant Technologies, Inc. | 12962 Collections Center Drive | Chicago | IL | 60693 |
| 16 | Chicagoland Beverage Co. | 2056 West Walnut Street | Chicago | IL | 60612 |
| 17 | OpenTable, Inc | 33 New Montgomery Street; Ste 500 | San Francisco | CA | 94105 |
| 18 | Metrotainment Bakery | 691 14th Street N.W. | Atlanta | GA | 30318 |
| 19 | Gourmet Spice Co. | PO Box 9421 | Naperville | IL | 60567 |
| 20 | European Imports Ltd. | 4494 Paysphere Circle | Chicago | IL | 60674 |
| 21 | Shoes for Crews, LLC | PO Box 504634 | St. Louis | MO | 63150 |
| 22 | Ecolab Institutional - Atlanta | PO BOX 905327 | Charlotte | NC | 28290 |
| 23 | AT&T - ATLANTA (0352) | PO BOX 105262 | Atlanta | GA | 30348 |
| 24 | Eastern Treats, Inc. | 122 WILLIAMS STREET | Decatur | GA | 30030 |
| 25 | Ecolab-Pest Elimination | PO BOX 6007 | Grand Forks | ND | 58206 |
| 26 | Besal Services, Inc. | 3283 LA VENTURE DRIVE | Atlanta | GA | 30341 |
| 27 | Atlanta Candle | 4340 DUNWOOD PARK SOUTH, SUITE 11 | Dunwoody | GA | 30338 |
| 28 | Earth America, LLC - Atlanta Division | 2742-B KEYSTONE COURT | Norcross | GA | 30071 |
| 29 | TWC Services | 5080 HIGHLANDS PKWY, SUITE A150 | Smyrna | GA | 30082 |
| 30 | Nationwide Window Cleaning | PO BOX 19714 | Atlanta | GA | 30325 |
| 31 | DirecTV | PO BOX 60036 | Los Angeles | CA | 90060 |
| 32 | Beverage Control, Inc. | 5060 N ROYAL ATLANTA DRIVE, SUTIE 21 | Tucker | GA | 30084 |
| 33 | The Blade-Smith | PO BOX 52783 | Atlanta | GA | 30355 |

**M3CVP-Clubhouse Lenox Square, LLC**
All Creditor List

| No. | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| 34 | Hallmark Insights | 121 SOUTH 8TH STREET, SUITE 700 | Minneapolis | MN | 55402 |
| 35 | DHL Express (USA), Inc. - Atlanta | PO BOX 277290 | Atlanta | GA | 30384 |
| 36 | Empire Cooler Service, Inc. | 940 W CHICAGO AVE | Chicago | IL | 60622 |
| 37 | Muzak-National | 3318 LAKEMONT BLVD | Fort Mill | SC | 29708 |
| 38 | Staples Business Advantage | 500 STAPLES DRIVE | Framingham | MA | 01702 |
| 39 | Hot Schedules | 6504 BRIDGE POINT PARKWAY, SUITE 425 | Austin | TX | 78730 |
| 40 | Greenwood Ice Cream | 4829 PEACHTREE ROAD | Atlanta | GA | 30341 |
| 41 | Breadworks | 5979 GOSHEN SPRINGS ROAD, SUITE A&B | Norcross | GA | 30071 |
| 42 | ADT Security Services Inc. | PO BOX 371967 | Pittsburgh | PA | 15250 |
| 43 | Tech Rentals | 6550 MCDONOUGH DRIVE | Norcross | GA | 30093 |
| 44 | Matador Distributors, LLC | 4492 COMMERCE CIRCLE | Atlanta | GA | 30336 |
| 45 | Public Storage - Atlanta | 4300 PEACHTREE ROAD NE | Atlanta | GA | 30319 |
| 46 | BMI General Licensing | 10 MUSIC SQUARE EAST | Nashville | TN | 37203 |
| 47 | Pepsi-Cola Gen. Bot., Inc. | 75 REMITTANCE DRIVE, SUITE 1884 | Chicago | IL | 60675 |
| 48 | Atlanta Beverage Company | 1250 ATLANTA IND DRIVE | Marietta | GA | 30066 |
| 49 | Empire Distributors Incorporated | 3755 ATLANTA INDUSTRIAL PARKWAY | Atlanta | GA | 30331 |
| 50 | Georgia Crown Distributing Co. | 100 GEORGIA CROWN DRIVE | McDonough | GA | 30253 |
| 51 | General Wholesale Company | 1595 MARIETTA BLVD. N.W. | Atlanta | GA | 30318-3642 |
| 52 | National Distributing Co., Inc. | PO BOX 44127 | Atlanta | GA | 30336 |
| 53 | United Distributors Incorporated | 5500 UNITED DRIVE | Smyrna | GA | 30082 |