**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| M3CVP CLUBHOUSE LENOX SQUARE LLC | § | Case No. 08-25462 |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/24/2008 . The undersigned trustee was appointed on 09/24/2008 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 9,906.48

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 21.52 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 9,884.96 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/06/2009 and the deadline for filing governmental claims was 07/06/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,740.65 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,740.65 , for a total compensation of $ 1,740.65 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 13.84 , for total expenses of $ 13.84 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/10/2012 By:/s/R. SCOTT ALSTERDA, TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 08-25462 PSH Judge: PAMELA S. HOLLIS
Case Name: M3CVP CLUBHOUSE LENOX SQUARE LLC

For Period Ending: 07/31/12

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE
Date Filed (f) or Converted (c): 09/24/08 (f)
341(a) Meeting Date: 11/12/08
Claims Bar Date: 07/06/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH (held by parent company) | 2,929.00 | 2,929.00 | | 2,929.00 | FA |
| 2. SECURITY DEPOSIT (Georgia Power) | 9,000.00 | 3,145.56 | | 3,145.56 | FA |
| 3. SECURITY DEPOSITS (Prepaid Taxes w/State of GA) | 7,048.65 | 0.00 | DA | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE (United Distributors, Inc.) | 1,359.72 | 1,359.72 | | 1,359.72 | FA |
| 5. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.20 | Unknown |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS (See Exhibit B-4)<br>Appraisal necessary | Unknown | 0.00 | DA | 0.00 | FA |
| 8. INSURANCE POLICIES (see Form 1 Notes)<br>Property (C2090206579); Workers Comp (#WC290206453); Liquor (#LLGA000089) | Unknown | 0.00 | DA | 0.00 | FA |
| 9. OFFICE EQUIPMENT (See Exhibit B-4)<br>Appraisal necessary | Unknown | 0.00 | DA | 0.00 | FA |
| 10. MACHINERY AND SUPPLIES (See Exhibit B-4)<br>Appraisal necessary | Unknown | 0.00 | DA | 0.00 | FA |
| 11. CHECKING ACCOUNT (SunTrust #1000039690457) (u) | Unknown | 0.00 | DA | 0.00 | FA |
| 12. CHECKING ACCOUNT (MB Financial Bk #1700000551) (u) | Unknown | 0.00 | DA | 0.00 | FA |
| 13. Refund/Returned Inventory-National Distributing (u) | 0.00 | 1,039.88 | | 1,039.88 | FA |
| 14. Refund/Inventory Pepsi/Payroll ADP-Real Nice Rest. (u)<br>Pepsi: $1333.67<br>ADP: $93.45 | 0.00 | 1,427.12 | | 1,427.12 | FA |
| TOTALS (Excluding Unknown Values) | $20,337.37 | $9,901.28 | | $9,906.48 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 10/31/09 Current Projected Date of Final Report (TFR): 08/15/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 08-25462 -PSH
Case Name: M3CVP CLUBHOUSE LENOX SQUARE LLC

Taxpayer ID No: *******9440
For Period Ending: 07/31/12

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5281 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/11/08 | | United Distributors, Inc. 5500 United Drive Smyrna, GA 30082 | AR COLLECTION | 1121-000 | 1,359.72 | | 1,359.72 |
| 11/26/08 | 2 | Georgia Power Customer Service PO Box 105537 Atlanta, GA 30348 | REFUND CHECK | 1129-000 | 3,145.56 | | 4,505.28 |
| 11/28/08 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1121-000 | 0.04 | | 4,505.32 |
| 12/31/08 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1121-000 | 0.23 | | 4,505.55 |
| 01/19/09 | | National Distributing Company One Natinal Drive S.W. Atlanta, GA 30336 | Credit / Returned Inventory | 1290-000 | 1,039.88 | | 5,545.43 |
| 01/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1121-000 | 0.04 | | 5,545.47 |
| 02/27/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1121-000 | 0.04 | | 5,545.51 |
| 03/31/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1121-000 | 0.05 | | 5,545.56 |
| 04/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.12 | | 5,545.68 |
| 05/29/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.13 | | 5,545.81 |
| 06/23/09 | 3 | REALLY NICE RESTAURANTS, LLC 29 N. Wacker Drive, Ste. 1000 Chicago, IL 60606 | ADP CHECK / PEPSI COLA 1,333.67 from ADP 93.45 from Pepsi Cola | 1290-000 | 1,427.12 | | 6,972.93 |
| 06/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.15 | | 6,973.08 |
| 07/31/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.18 | | 6,973.26 |
| 08/31/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.18 | | 6,973.44 |
| 09/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.17 | | 6,973.61 |
| 10/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.17 | | 6,973.78 |
| 11/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.18 | | 6,973.96 |
| 12/31/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.18 | | 6,974.14 |
| 01/29/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.18 | | 6,974.32 |
| 02/04/10 | 000301 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 5.68 | 6,968.64 |
| 02/26/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.16 | | 6,968.80 |
| 03/31/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.18 | | 6,968.98 |
| 04/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.17 | | 6,969.15 |
| 05/28/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.17 | | 6,969.32 |
| 06/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.18 | | 6,969.50 |
| 07/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.17 | | 6,969.67 |
| 08/31/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.18 | | 6,969.85 |
| 09/13/10 | 1 | Really Nice Restaurants, Inc. 29 N. Wacker Drive Suite 1000 Chicago, IL 60606 | Checking account balance | 1129-000 | 2,929.00 | | 9,898.85 |
| 09/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.21 | | 9,899.06 |
| 10/29/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.25 | | 9,899.31 |
| 11/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.25 | | 9,899.56 |
| 12/31/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.25 | | 9,899.81 |

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 08-25462 -PSH
Case Name: M3CVP CLUBHOUSE LENOX SQUARE LLC

Taxpayer ID No: *******9440
For Period Ending: 07/31/12

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5281 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1121-000 | 0.25 | | 9,900.06 |
| 02/07/11 | 000302 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 7.92 | 9,892.14 |
| 02/28/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1121-000 | 0.08 | | 9,892.22 |
| 03/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1121-000 | 0.08 | | 9,892.30 |
| 04/29/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1121-000 | 0.08 | | 9,892.38 |
| 05/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1121-000 | 0.09 | | 9,892.47 |
| 06/30/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1121-000 | 0.08 | | 9,892.55 |
| 07/29/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1121-000 | 0.08 | | 9,892.63 |
| 08/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1121-000 | 0.09 | | 9,892.72 |
| 09/30/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1121-000 | 0.08 | | 9,892.80 |
| 10/31/11 | 5 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1121-000 | 0.08 | | 9,892.88 |
| 10/31/11 | | Transfer to Acct #*******5668 | Final Posting Transfer | 9999-000 | | 9,892.88 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 08-25462 -PSH
Case Name: M3CVP CLUBHOUSE LENOX SQUARE LLC

Taxpayer ID No: *******9440
For Period Ending: 07/31/12

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5668 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/11 | | Transfer from Acct #*******5281 | Transfer In From MMA Account | 9999-000 | 9,892.88 | | 9,892.88 |
| 02/29/12 | 003001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 7.92 | 9,884.96 |

**Total Of All Accounts 9,884.96**

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 09, 2012

Case Number: 08-25462
Debtor Name: M3CVP CLUBHOUSE LENOX SQUARE LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010<br>001<br>3110-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $4,785.50 | $0.00 | $4,785.50 |
| 000011<br>001<br>3120-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $67.33 | $0.00 | $67.33 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $21.52 | $21.52 | $0.00 |
| 000001B<br>070<br>7100-00 | The Retail Property Trust<br>c/o Simon Property Group, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438<br><br>Attn: Jocelyn Gubler | Priority | | $121,427.88 | $0.00 | $121,427.88 |
| 000001A<br>070<br>7100-00 | The Retail Property Group<br>c/o Simon Property Group, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438<br><br>Attn: Jocelyn Gubler | Unsecured | | $1,263,255.62 | $0.00 | $1,263,255.62 |
| 000002<br>070<br>7100-00 | Ecolab Inc<br>655 Lone Oak Drive<br>Bldg A-1<br>Eagan, MN 55121 | Unsecured | | $844.63 | $0.00 | $844.63 |
| 000003<br>070<br>7100-00 | Meats by Linz, Inc.<br>PO Box 59<br>Calumet City, IL 60409-0059 | Unsecured | | $16,889.23 | $0.00 | $16,889.23 |
| 000004<br>070<br>7100-00 | Greenwood Ice Cream<br>4829 Peachtree Road<br>Atlanta, GA 30341-3113 | Unsecured | | $135.10 | $0.00 | $135.10 |
| 000005<br>070<br>7100-00 | NuCO2<br>2800 S.E. Market Place<br>Stuart, Florida 34997 | Unsecured | | $155.56 | $0.00 | $155.56 |
| 000006<br>070<br>7100-00 | Empire Cooler Service, Inc.<br>940 W. Chicago Avenue<br>Chicago, IL 60642 | Unsecured | | $10,830.00 | $0.00 | $10,830.00 |
| 000007<br>070<br>7100-00 | Uptown Cleaning Services, Inc.<br>4684 N. Springs Court<br>Atlanta, GA 30338 | Unsecured | | $1,974.00 | $0.00 | $1,974.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 09, 2012

Case Number: 08-25462
Debtor Name: M3CVP CLUBHOUSE LENOX SQUARE LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008<br>070<br>7100-00 | Nationwide Window Cleaning<br>PO BOX 19714<br>Atlanta, GA 30325 | Unsecured | | $280.00 | $0.00 | $280.00 |
| 000009<br>070<br>7100-00 | Sard & Leff, LLC<br>100 Galleria Parkway S.E.<br>Suite 400<br>Atlanta, GA 30339 | Unsecured | | $3,285.90 | $0.00 | $3,285.90 |
| | Case Totals: | | | $1,423,952.27 | $21.52 | $1,423,930.75 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-25462
Case Name: M3CVP CLUBHOUSE LENOX SQUARE LLC
Trustee Name: R. SCOTT ALSTERDA, TRUSTEE

| | | |
|---|---|---|
| Balance on hand | $ | 9,884.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 1,740.65 | $ 0.00 | $ 1,740.65 |
| Trustee Expenses: R. SCOTT ALSTERDA, TRUSTEE | $ 13.84 | $ 0.00 | $ 13.84 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 4,785.50 | $ 0.00 | $ 4,785.50 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 67.33 | $ 0.00 | $ 67.33 |
| Other: International Sureties, Ltd. | $ 21.52 | $ 21.52 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 6,607.32 |
| Remaining Balance | $ | 3,277.64 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,297,650.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | The Retail Property Group | $ 1,263,255.62 | $ 0.00 | $ 3,190.77 |
| 000002 | Ecolab Inc | $ 844.63 | $ 0.00 | $ 2.13 |
| 000003 | Meats by Linz, Inc. | $ 16,889.23 | $ 0.00 | $ 42.66 |
| 000004 | Greenwood Ice Cream | $ 135.10 | $ 0.00 | $ 0.34 |
| 000005 | NuCO2 | $ 155.56 | $ 0.00 | $ 0.39 |
| 000006 | Empire Cooler Service, Inc. | $ 10,830.00 | $ 0.00 | $ 27.35 |
| 000007 | Uptown Cleaning Services, Inc. | $ 1,974.00 | $ 0.00 | $ 4.99 |
| 000008 | Nationwide Window Cleaning | $ 280.00 | $ 0.00 | $ 0.71 |
| 000009 | Sard & Leff, LLC | $ 3,285.90 | $ 0.00 | $ 8.30 |

Total to be paid to timely general unsecured creditors $ 3,277.64

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE