UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| M3CVP CLUBHOUSE LENOX SQUARE LLC | § | Case No. 08-25462 PSH |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/27/2012 in Courtroom 644,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| M3CVP CLUBHOUSE LENOX SQUARE LLC | § | Case No. 08-25462 PSH |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,906.48 |
| and approved disbursements of | $ | 21.52 |
| leaving a balance on hand of[1] | $ | 9,884.96 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 1,740.65 | $ 0.00 | $ 1,740.65 |
| Trustee Expenses: R. SCOTT ALSTERDA, TRUSTEE | $ 13.84 | $ 0.00 | $ 13.84 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 4,785.50 | $ 0.00 | $ 4,785.50 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 67.33 | $ 0.00 | $ 67.33 |
| Other: International Sureties, Ltd. | $ 21.52 | $ 21.52 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,607.32 |
| Remaining Balance | $ 3,277.64 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,297,650.04 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | The Retail Property Group | $ 1,263,255.62 | $ 0.00 | $ 3,190.77 |
| 000002 | Ecolab Inc | $ 844.63 | $ 0.00 | $ 2.13 |
| 000003 | Meats by Linz, Inc. | $ 16,889.23 | $ 0.00 | $ 42.66 |
| 000004 | Greenwood Ice Cream | $ 135.10 | $ 0.00 | $ 0.34 |
| 000005 | NuCO2 | $ 155.56 | $ 0.00 | $ 0.39 |
| 000006 | Empire Cooler Service, Inc. | $ 10,830.00 | $ 0.00 | $ 27.35 |
| 000007 | Uptown Cleaning Services, Inc. | $ 1,974.00 | $ 0.00 | $ 4.99 |
| 000008 | Nationwide Window Cleaning | $ 280.00 | $ 0.00 | $ 0.71 |
| 000009 | Sard & Leff, LLC | $ 3,285.90 | $ 0.00 | $ 8.30 |

Total to be paid to timely general unsecured creditors       $       3,277.64

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                               United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 08-25462-PSH
M3CVP - Clubhouse Lenox Square, LLC                                     Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1           User: froman                 Page 1 of 3                   Date Rcvd: Aug 30, 2012
                               Form ID: pdf006              Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2012.
db           #+M3CVP - Clubhouse Lenox Square, LLC,    180 N. Stetson,    Suite 5300,    Chicago, IL 60601-6795
12643418     +ADT Security Services Inc.,   PO BOX 371967,    Pittsburgh, PA 15250-7967
12643399     +AT&T - ATLANTA (0352),   PO BOX 105262,    Atlanta, GA 30348-5262
12643386     +Athena Farms,   PO Box 550054,   Atlanta, GA 30355-2554
12643424     +Atlanta Beverage Company,   1250 ATLANTA IND DRIVE,    Marietta, GA 30066-6632
12643403     +Atlanta Candle,   4340 DUNWOOD PARK SOUTH, SUITE 11,    Dunwoody, GA 30338-6721
12643390      Atlanta Fixture & Sales Company, Inc.,    3186 Northeast Expressway,    Atlanta, GA   30341
12643422     +BMI General Licensing,   10 MUSIC SQUARE EAST,    Nashville, TN 37203-4321
12643402     +Besal Services, Inc.,   3283 LA VENTURE DRIVE,    Atlanta, GA 30331-3647
12643384     +Blockbuster Textiles,   315 Shawnee North Drive; Ste 350,    Suwanee, GA 30024-2298
12643417     +Breadworks,   5979 GOSHEN SPRINGS ROAD, SUITE A&B,    Norcross, GA 30071-3512
12643392     +Chicagoland Beverage Co.,   2056 West Walnut Street,    Chicago, IL 60612-2318
12643389     +Commercial Kitchen Installers, Inc.,    224 Brown Industrial Pkwy; Unit 107,
               Canton, GA 30114-8065
12643411     +DHL Express (USA), Inc. - Atlanta,   PO BOX 277290,    Atlanta, GA 30384-7290
12643407     +DirecTV,   PO BOX 60036,   Los Angeles, CA 90060-0036
12643404     +Earth America, LLC - Atlanta Division,    2742-B KEYSTONE COURT,    Norcross, GA 30071-2825
12643400     +Eastern Treats, Inc.,   122 WILLIAMS STREET,    Decatur, GA 30030-2524
12643398     +Ecolab Institutional - Atlanta,   PO BOX 905327,    Charlotte, NC 28290-5327
12643401     +Ecolab-Pest Elimination,   PO BOX 6007,   Grand Forks, ND 58206-6007
12643383     +Edward Don & Company,   2562 Paysphere Circle,    Chicago, IL 60674-0025
12643412     +Empire Cooler Service, Inc.,   940 W CHICAGO AVE,    Chicago, IL 60642-5494
12643425     +Empire Distributors Incorporated,   3755 ATLANTA INDUSTRIAL PARKWAY,    Atlanta, GA 30331-1027
12643388     +Engelmans Bakery,   6185 Brook Hollow Pkwy,    Norcross, GA 30071-3537
12643382     +Estes Heating & Air Conditioning, Inc.,    3981 Tradeport Blvd,    Atlanta, GA 30354-3730
12643396     +European Imports Ltd.,   4494 Paysphere Circle,    Chicago, IL 60674-0044
12643427     +General Wholesale Company,   1595 MARIETTA BLVD. N.W.,    Atlanta, GA 30318-3642
12643426     +Georgia Crown Distributing Co.,   100 GEORGIA CROWN DRIVE,    McDonough, GA 30253-9071
12643395     +Gourmet Spice Co.,   PO Box 9421,   Naperville, IL 60567-0421
12643416     +Greenwood Ice Cream,   4829 PEACHTREE ROAD,    Atlanta, GA 30341-3113
12643410     +Hallmark Insights,   121 SOUTH 8TH STREET, SUITE 700,    Minneapolis, MN 55402-2827
12643415     +Hot Schedules,   6504 BRIDGE POINT PARKWAY, SUITE 425,    Austin, TX 78730-5005
12643420     #+Matador Distributors, LLC,   4492 COMMERCE CIRCLE,    Atlanta, GA 30336-1939
12643380     +Meats by Linz, Inc.,   PO Box 59,   Calumet City, IL 60409-0059
12643428     +National Distributing Co., Inc.,   PO BOX 44127,    Atlanta, GA 30336-1127
12643406     +Nationwide Window Cleaning,   PO BOX 19714,    Atlanta, GA 30325-0714
13903348     +NuCO2,   2800 SE Market Place,   Stuart, Florida 34997-4965
12643393     +OpenTable, Inc,   33 New Montgomery Street; Ste 500,    San Francisco, CA 94105-4536
12643423     +Pepsi-Cola Gen. Bot., Inc.,   75 REMITTANCE DRIVE, SUITE 1884,    Chicago, IL 60675-1884
12643421     +Public Storage - Atlanta,   4300 PEACHTREE ROAD NE,    Atlanta, GA 30319-3017
12643381     +Royal,   PO Box 162389,   Atlanta, GA 30321-2389
12643387     +Sard & Leff, LLC,   100 Galleria Parkway S.E.; Ste 400,    Atlanta, GA 30339-3122
12643377     +Simon Property Group,   115 West Washington Street,    Indianapolis, IN 46204-3420
12650278      Simon Property Group, Inc.,   225 West Washington Street,    Indianapolis, IN  46204-3438
12643414     +Staples Business Advantage,   500 STAPLES DRIVE,    Framingham, MA 01702-4474
12643379     +Sysco Food Services - Atlanta,   2225 Riverdale Road,    College Park, GA 30337-5121
12643419     +Tech Rentals,   6550 MCDONOUGH DRIVE,   Norcross, GA 30093-1211
12643409     +The Blade-Smith,   PO BOX 52783,   Atlanta, GA 30355-0783
12643429     +United Distributors Incorporated,   5500 UNITED DRIVE,    Smyrna, GA 30082-4755
12643385     +Uptown Cleaning Services, Inc.,   4684 N. Springs Court,    Atlanta, GA 30338-5638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12643408      +E-mail/Text: kelly@beveragecontrol.net Aug 31 2012 02:50:13      Beverage Control, Inc.,
               5060 N ROYAL ATLANTA DRIVE, SUTIE 21,    Tucker, GA 30084-3074
13540145      +E-mail/Text: bankruptcynotices@ecolab.com Aug 31 2012 02:28:35      Ecolab Inc,
               655 Lone Oak Drive Bldg A-1,    Eagan, MN 55121-1649
12643413      +E-mail/Text: bridgetann_oxendine@muzak.com Aug 31 2012 02:01:23      Muzak-National,
               3318 LAKEMONT BLVD,    Fort Mill, SC 29708-8309
12643391      +E-mail/Text: dwolner@rti-inc.com Aug 31 2012 02:04:30      Restaurant Technologies, Inc.,
               12962 Collections Center Drive,    Chicago, IL 60693-0129
12643397      +E-mail/Text: beths@shoesforcrews.com Aug 31 2012 02:05:46      Shoes for Crews, LLC,
               PO Box 504634,    St. Louis, MO 63150-4634
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Ungaretti & Harris LLP
12650279*      Simon Property Group, Inc.,    225 West Washington Street,    Indianapolis, IN  46204-3438
12643394     ##+Metrotainment Bakery,   691 14th Street N.W.,   Atlanta, GA 30318-5405
12643378     ##+Really Nice Restaurants, LLC,    180 N. Stetson; Ste 5300,   Chicago, IL 60601-6795
12643405     ##+TWC Services,   5080 HIGHLANDS PKWY, SUITE A150,    Smyrna, GA 30082-5155
                                                                                     TOTALS: 1, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: froman              Page 2 of 3            Date Rcvd: Aug 30, 2012
                              Form ID: pdf006           Total Noticed: 54

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: froman                Page 3 of 3                   Date Rcvd: Aug 30, 2012
                               Form ID: pdf006             Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2012 at the address(es) listed below:

```
              Michael Joseph Linneman    on behalf of Creditor   Simon Property Group, Inc. linnemanm@jbltd.com
              Patrick F Ross    on behalf of Trustee R Alsterda pfross@uhlaw.com,
               kburde@uhlaw.com;rjanczak@uhlaw.com;TEFiester@uhlaw.com;KAMcLoud@uhlaw.com;keedeus@uhlaw.com;sgfe
               ibus@uhlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda    on behalf of Trustee R Alsterda rsalsterda@uhlaw.com
              R Scott Alsterda    rsalsterda@uhlaw.com,   ralsterda@ecf.epiqsystems.com
              Vipin R Gandra    on behalf of Debtor  M3CVP - Clubhouse Lenox Square, LLC vipingandra@yahoo.com
                                                                                             TOTAL: 6
```