UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
M3CVP  CLUBHOUSE LENOX                §    Case No. 08-25462
SQUARE LLC
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

---

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

Document      Page 5 of 17

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services PO Box 371967 Pittsburgh, PA 15250 | | | | | |
| | AT&T - Atlanta (0352) PO Box 105262 Atlanta, GA 30348 | | | | | |
| | Athena Farms PO Box 550054 Atlanta, GA 30355 | | | | | |
| | Atlanta Candle 4340 Dunwood Park South Suite 11 Atlanta, GA 30338 | | | | | |
| | Atlanta Fixture & Sales Company 3186 Northeast Expressway Atlanta, GA 30341 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Beverage Control, Inc. 5060 N. Royal Atlanta Drive Suite 21 Tucker, GA 30084 | | | | | |
| | Blockbuster Textiles 315 Shawnee North Drive Ste 350 Suwanee, GA 30024 | | | | | |
| | Bosal Services, Inc. 3283 La Venture Drive Atlanta, GA 30341 | | | | | |
| | Breadworks 5979 Goshen Springs Road Suite A&B Norcross, GA 30071 | | | | | |
| | Chicagoland Beverage Co 2058 West Walnut Street Chicago, IL 60612 | | | | | |
| | Commercial Kitchen Installers, Inc. 224 Brown Industrial Pkwy Unit 107 Canton, GA 30114 | | | | | |
| | DHL Express (USA) Inc. - Atlanta PO Box 277290 Atlanta, GA 30384 | | | | | |
| | DirecTV PO Box 60036 Los Angeles, CA 90060 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Earth America, LLS - Atlanta Div. 2742-B Keystone Court Norcross, GA 30071 | | | | | |
| | Eastern Treats, Inc. 122 Williams Street Decatur, GA 30030 | | | | | |
| | Ecolab Institutional - Atlanta PO Box 905327 Charlotte, NC 28290 | | | | | |
| | Ecolab-Pest Elimination PO Box 6007 Grand Forks, ND 58206 | | | | | |
| | Edward Don & Company 2562 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Empire Cooler Service, Inc. 940 W. Chicago Ave Chicago, IL 60622 | | | | | |
| | Engelmans Bakery 6185 Brook Hollow Pkwy Norcross, GA 30071 | | | | | |
| | Estes Heating & Air Conditioning 3981 Tradeport Blvd Atlanta, GA 30354 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | European Imports Ltd. 4494 Payspehere Circle Chicago, IL 60874 | | | | | |
| | Georgia Natural Gas P.O. Box 723908 Atlanta, GA 31139 | | | | | |
| | Gourmet Spice Co PO Box 9421 Naperville, IL 60567 | | | | | |
| | Greenwood Ice Cream 4829 Peachtree Road Atlanta, GA 30341 | | | | | |
| | Hallmark Insights 121 South 8th Street Suite 700 Minneapolis, MN 55402 | | | | | |
| | Hot Schedules 6504 Bridge Point Pkwy Suite 425 Austin, TX 78730 | | | | | |
| | Ikon Financial Services P.O Box 9115 Macon, GA 31208 | | | | | |
| | Matador Distributors, LLC 4492 Commerce Circle Atlanta, GA 30336 | | | | | |
| | Meat by Linz, Inc. PO Box 59 Calumet City, IL 60409 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Metrotainment Bakery, 691 14th St. N.W. Atlanta, GA 30318 | | | | | |
| | Muzak-National 3318 Lakemont Blvd Fort Mill, SC 29708 | | | | | |
| | Nationwide Window Cleaning PO Box 19714 Atlanta, GA 30325 | | | | | |
| | OpenTable, Inc. 33 New Montgomery Street Suite 500 San Francisco, CA 94105 | | | | | |
| | Public Storage - Atlanta 4300 Peachtree Road NE Atlanta, GA 30319 | | | | | |
| | Really Nice Restaurants, LLC 180 N. Stetson Ste 5300 Chicago, IL 60601 | | | | | |
| | Restaurant Technologies, Inc. 12962 Collections Center Drive Chicago, IL 60693 | | | | | |
| | Royal PO Box 162389 Atlanta, GA 30321 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sard & Leff, LLC 100 Galleria Parkway S.E. Ste 400 Atlanta, GA 30339 | | | | | |
| | Shoes for Crews, LLC PO Box 504634 Saint Louis, MO 63150 | | | | | |
| | Simon Property Group 115 West Washington St Indianapolis, IN 46204 | | | | | |
| | Staples Business Advantage 500 Staples Drive Framingham, MA 01702 | | | | | |
| | Sysco Food Services - Atlanta 2225 Riverdale Rd. Atlanta, GA 30337 | | | | | |
| | TWC Services 5080 Highlands Pkwy Suite A150 Smyrna, GA 30082 | | | | | |
| | Tech Rentals 6550 McDonough Dr Norcross, GA 30093 | | | | | |
| | Uptown Cleaning Services, Inc. 4684 N. Springs Court Atlanta, GA 30338 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ECOLAB INC | | | | | |
| 000006 | EMPIRE COOLER SERVICE, INC. | | | | | |
| 000004 | GREENWOOD ICE CREAM | | | | | |
| 000003 | MEATS BY LINZ, INC. | | | | | |
| 000008 | NATIONWIDE WINDOW CLEANING | | | | | |
| 000005 | NUCO2 | | | | | |
| 000009 | SARD & LEFF, LLC | | | | | |
| 000001A | THE RETAIL PROPERTY GROUP | | | | | |
| 000001B | THE RETAIL PROPERTY TRUST | | | | | |
| 000007 | UPTOWN CLEANING SERVICES, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

Case No:         08-25462    PSH   Judge: PAMELA S. HOLLIS            Trustee Name:    R. SCOTT ALSTERDA, TRUSTEE
Case Name:       M3CVP  CLUBHOUSE LENOX SQUARE LLC                    Date Filed (f) or Converted (c):   09/24/08 (f)
                                                                      341(a) Meeting Date:              11/12/08
For Period Ending: 11/15/12                                           Claims Bar Date:                  07/06/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH (held by parent company) | 2,929.00 | 2,929.00 | | 2,929.00 | FA |
| 2. SECURITY DEPOSIT (Georgia Power) | 9,000.00 | 3,145.56 | | 3,145.56 | FA |
| 3. SECURITY DEPOSITS (Prepaid Taxes w/State of GA) | 7,048.65 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE (United Distributors, Inc.) | 1,359.72 | 1,359.72 | | 1,359.72 | FA |
| 5. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.20 | Unknown |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS (See Exhibit B-4) Appraisal necessary | Unknown | 0.00 | | 0.00 | FA |
| 8. INSURANCE POLICIES (see Form 1 Notes) Property (C2090206579); Workers Comp (#WC290206453); Liquor (#LLGA000089) | Unknown | 0.00 | | 0.00 | FA |
| 9. OFFICE EQUIPMENT (See Exhibit B-4) Appraisal necessary | Unknown | 0.00 | | 0.00 | FA |
| 10. MACHINERY AND SUPPLIES (See Exhibit B-4) Appraisal necessary | Unknown | 0.00 | | 0.00 | FA |
| 11. CHECKING ACCOUNT (SunTrust #1000039690457) (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. CHECKING ACCOUNT (MB Financial Bk #1700000551) (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. Refund/Returned Inventory-National Distributing (u) | 0.00 | 1,039.88 | | 1,039.88 | FA |
| 14. Refund/Inventory Pepsi/Payroll ADP-Real Nice Rest. (u) Pepsi: $1333.67 ADP: $93.45 | 0.00 | 1,427.12 | | 1,427.12 | FA |

TOTALS (Excluding Unknown Values)    $20,337.37    $9,901.28    $9,906.48    Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 10/31/09        Current Projected Date of Final Report (TFR): 08/15/12

PFORM1                                                                                                                Ver: 17.00b

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-25462 -PSH | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | M3CVP CLUBHOUSE LENOX SQUARE LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9677 Checking Account |
| Taxpayer ID No: | *******9440 | | |
| For Period Ending: | 11/15/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 9,884.96 | | 9,884.96 |
| 09/28/12 | 030001 | R. SCOTT ALSTERDA, TRUSTEE 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON AVENUE CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 1,740.65 | 8,144.31 |
| 09/28/12 | 030002 | R. SCOTT ALSTERDA, TRUSTEE 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON AVENUE CHICAGO, IL 60602-4283 | Chapter 7 Expenses | 2200-000 | | 13.84 | 8,130.47 |
| 09/28/12 | 030003 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Claim 000010, Payment 100.00000% | 3110-000 | | 4,785.50 | 3,344.97 |
| 09/28/12 | 030004 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Claim 000011, Payment 100.00000% | 3120-000 | | 67.33 | 3,277.64 |
| 09/28/12 | 030005 | The Retail Property Group c/o Simon Property Group, Inc. 225 West Washington Street Indianapolis, IN 46204-3438 Attn: Jocelyn Gubler | Claim 000001A, Payment 0.25258% | 7100-000 | | 3,190.77 | 86.87 |
| 09/28/12 | 030006 | Ecolab Inc 655 Lone Oak Drive Bldg A-1 Eagan, MN 55121 | Claim 000002, Payment 0.25218% | 7100-000 | | 2.13 | 84.74 |
| 09/28/12 | 030007 | Meats by Linz, Inc. PO Box 59 Calumet City, IL 60409-0059 | Claim 000003, Payment 0.25259% | 7100-000 | | 42.66 | 42.08 |
| 09/28/12 | 030008 | Greenwood Ice Cream 4829 Peachtree Road Atlanta, GA 30341-3113 | Claim 000004, Payment 0.25167% | 7100-000 | | 0.34 | 41.74 |
| 09/28/12 | 030009 | NuCO2 2800 S.E. Market Place Stuart, Florida 34997 | Claim 000005, Payment 0.25071% | 7100-000 | | 0.39 | 41.35 |
| 09/28/12 | 030010 | Empire Cooler Service, Inc. 940 W. Chicago Avenue Chicago, IL 60642 | Claim 000006, Payment 0.25254% | 7100-000 | | 27.35 | 14.00 |
| 09/28/12 | 030011 | Uptown Cleaning Services, Inc. 4684 N. Springs Court Atlanta, GA 30338 | Claim 000007, Payment 0.25279% | 7100-000 | | 4.99 | 9.01 |
| 09/28/12 | 030012 | Nationwide Window Cleaning PO BOX 19714 Atlanta, GA 30325 | Claim 000008, Payment 0.25357% | 7100-000 | | 0.71 | 8.30 |
| 09/28/12 | 030013 | Sard & Leff, LLC 100 Galleria Parkway S.E. Suite 400 | Claim 000009, Payment 0.25259% | 7100-000 | | 8.30 | 0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 08-25462 -PSH | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | M3CVP  CLUBHOUSE LENOX SQUARE LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9677  Checking Account |
| Taxpayer ID No: | *******9440 | | |
| For Period Ending: | 11/15/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Atlanta, GA 30339 | | | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 08-25462 -PSH | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | M3CVP  CLUBHOUSE LENOX SQUARE LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5281  BofA - Money Market Account |
| Taxpayer ID No: | *******9440 | | |
| For Period Ending: | 11/15/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/11/08 | | United Distributors, Inc.<br>5500 United Drive<br>Smyrna, GA 30082 | AR COLLECTION | 1121-000 | 1,359.72 | | 1,359.72 |
| 11/26/08 | 2 | Georgia Power<br>Customer Service<br>PO Box 105537<br>Atlanta, GA 30348 | REFUND CHECK | 1129-000 | 3,145.56 | | 4,505.28 |
| 11/28/08 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1121-000 | 0.04 | | 4,505.32 |
| 12/31/08 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1121-000 | 0.23 | | 4,505.55 |
| 01/19/09 | | National Distributing Company<br>One Natinal Drive S.W.<br>Atlanta, GA 30336 | Credit / Returned Inventory | 1290-000 | 1,039.88 | | 5,545.43 |
| 01/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1121-000 | 0.04 | | 5,545.47 |
| 02/27/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1121-000 | 0.04 | | 5,545.51 |
| 03/31/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1121-000 | 0.05 | | 5,545.56 |
| 04/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.12 | | 5,545.68 |
| 05/29/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.13 | | 5,545.81 |
| 06/23/09 | 3 | REALLY NICE RESTAURANTS, LLC<br>29 N. Wacker Drive, Ste. 1000<br>Chicago, IL 60606 | ADP CHECK / PEPSI COLA<br>1,333.67 from ADP<br>93.45 from Pepsi Cola | 1290-000 | 1,427.12 | | 6,972.93 |
| 06/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.15 | | 6,973.08 |
| 07/31/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.18 | | 6,973.26 |
| 08/31/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.18 | | 6,973.44 |
| 09/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.17 | | 6,973.61 |
| 10/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.17 | | 6,973.78 |
| 11/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.18 | | 6,973.96 |
| 12/31/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.18 | | 6,974.14 |
| 01/29/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.18 | | 6,974.32 |
| 02/04/10 | 000301 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 5.68 | 6,968.64 |
| 02/26/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.16 | | 6,968.80 |
| 03/31/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.18 | | 6,968.98 |
| 04/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.17 | | 6,969.15 |
| 05/28/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.17 | | 6,969.32 |
| 06/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.18 | | 6,969.50 |
| 07/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.17 | | 6,969.67 |
| 08/31/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.18 | | 6,969.85 |
| 09/13/10 | 1 | Really Nice Restaurants, Inc.<br>29 N. Wacker Drive<br>Suite 1000<br>Chicago, IL 60606 | Checking account balance | 1129-000 | 2,929.00 | | 9,898.85 |
| 09/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.21 | | 9,899.06 |
| 10/29/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.25 | | 9,899.31 |
| 11/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.25 | | 9,899.56 |
| 12/31/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.25 | | 9,899.81 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 08-25462 -PSH | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | M3CVP  CLUBHOUSE LENOX SQUARE LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5281  BofA - Money Market Account |
| Taxpayer ID No: | *******9440 | | |
| For Period Ending: | 11/15/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1121-000 | 0.25 | | 9,900.06 |
| 02/07/11 | 000302 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 7.92 | 9,892.14 |
| 02/28/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1121-000 | 0.08 | | 9,892.22 |
| 03/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1121-000 | 0.08 | | 9,892.30 |
| 04/29/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1121-000 | 0.08 | | 9,892.38 |
| 05/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1121-000 | 0.09 | | 9,892.47 |
| 06/30/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1121-000 | 0.08 | | 9,892.55 |
| 07/29/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1121-000 | 0.08 | | 9,892.63 |
| 08/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1121-000 | 0.09 | | 9,892.72 |
| 09/30/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1121-000 | 0.08 | | 9,892.80 |
| 10/31/11 | 5 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1121-000 | 0.08 | | 9,892.88 |
| 10/31/11 | | Transfer to Acct #*******5668 | Final Posting Transfer | 9999-000 | | 9,892.88 | 0.00 |

**FORM 2**

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-25462 -PSH | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | M3CVP  CLUBHOUSE LENOX SQUARE LLC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5668  BofA - Checking Account |
| Taxpayer ID No: | *******9440 | | |
| For Period Ending: | 11/15/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/11 | | Transfer from Acct #*******5281 | Transfer In From MMA Account | 9999-000 | 9,892.88 | | 9,892.88 |
| 02/29/12 | 003001 | International Sureties, Ltd. | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 7.92 | 9,884.96 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,884.96 | 0.00 |

**Total Of All Accounts**    0.00